JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL -1 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## *IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Irene Barlow v. Pfizer, Inc., et al.,* W.D. Texas, C.A. No. 1:05-175

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Barlow*) on May 20, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Barlow* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiff has now advised the Panel that she withdraws her initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-8" filed on May 20, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Docket as of July 12, 2005 0:25 am                Web PACER (v2.4)

# U.S. District Court

## Western District of Texas (Austin)

## CIVIL DOCKET FOR CASE #: 05-CV-175

### Barlow v. Pfizer, Inc., et al

Filed: 03/09/05
Assigned to: Honorable Sam Sparks
Jury demand: Both
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt # in TXWD - Austin : is 1:04cv527-SS
Cause: 28:1441 Petition for Removal- Product Liability

```
IRENE BARLOW                      Jack W. London
     plaintiff                    512/478-1120
                                  [COR LD NTC]
                                  Jack W London & Assoc. P.C..
                                  114 W 7th St
                                  Suite 625
                                  Austin, TX 78701-5066
                                  (512) 478-5858

                                  Archie Carl Pierce
                                  512/476-5382
                                  [COR LD NTC]
                                  Wright & Greenhill
                                  221 W. 6th St., Ste. 1800
                                  Austin, TX 78701
                                  (512) 476-4600

     v.

PFIZER, INC.                      Kenneth J. Ferguson
     defendant                    512/474-1129
                                  [COR LD NTC]
                                  Clark, Thomas,  & Winters
                                  P.O. Box 1148
                                  Austin, TX 78767
                                  (512) 472-8800

                                  Leslie A. Benitez
                                  512/474-1129
```

|  |  |
|---|---|
|  | [COR LD NTC]<br>Clark, Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767<br>(512) 472-8800<br><br>Susan E. Burnett<br>512/474-1129<br>[COR LD NTC]<br>Clark, Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767<br>(512) 472-8800<br><br>Jeffrey R. Lilly<br>512/474-1129<br>[COR LD NTC]<br>Clark Thomas & Winters<br>P.O. Box 1148<br>Austin, TX 78767<br>(512)472-8800<br><br>James E. Murray<br>212-450-3800<br>[COR LD NTC]<br>Deborah L. MacGregor<br>212-450-3800<br>[COR LD NTC]<br>James P. Rouhandeh<br>212-450-3800<br>[COR LD NTC]<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000 |
| WARNER-LAMBERT COMPANY, L.L.C.,<br>including its division Parke-<br>Davis<br>fka<br>Warner-Lambert Company<br>    defendant | Kenneth J. Ferguson<br>(See above)<br>[COR LD NTC]<br><br>Leslie A. Benitez<br>(See above)<br>[COR LD NTC]<br><br>Susan E. Burnett<br>(See above)<br>[COR LD NTC]<br><br>Jeffrey R. Lilly<br>(See above)<br>[COR LD NTC]<br><br>James E. Murray<br>(See above)<br>[COR LD NTC]<br>Deborah L. MacGregor<br>(See above)<br>[COR LD NTC]<br>James P. Rouhandeh<br>(See above)<br>[COR LD NTC] |
| JAY SEASTRUNK, Dr., M.D.<br>    defendant | Robert K. Dowd<br>(214) 922-9330 |

|  |  |
|---|---|
|  | [COR LD NTC]<br>Dowd & Blount<br>3141 Hood Street<br>Suite 650<br>Dallas, TX 75219<br>(214) 922-9372 |
| REHABILITATION STAFFING<br>SERVICES, LTD.<br>    defendant | William E. Johnson, III<br>(214) 922-8884<br>[COR LD NTC]<br>The Law Office of William E.<br>Johnson III, P.C.<br>3141 Hood Street, Suite 650<br>Dallas, TX<br>(214) 922-9372 |
| GERO-PSYCHIATRIC SERVICE<br>OPPORTUNIT<br>    defendant |  |

:]

# DOCKET  PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 3/9/05 | -- | Case assigned to Honorable Sam Sparks (jk)<br>[Entry date 03/10/05] |
| 3/9/05 | 1 | Second Notice for Removal by Pfizer, Inc., Warner-Lambert Co. Filing Fee: $ 250.00  Receipt # 379630 (jk)<br>[Entry date 03/10/05] |
| 3/9/05 | 2 | Appendix for removal petition [1-1] - Index of Pleadings filed in State Court  by Pfizer, Inc., Warner-Lambert Co. (jk) [Entry date 03/10/05] |
| 3/9/05 | 3 | Demand for jury trial by Pfizer, Inc., Warner-Lambert Co. (jk) [Entry date 03/10/05] |
| 3/9/05 | 4 | Notice of filing - Disclosure Statement by Pfizer, Inc., Warner-Lambert Co. (jk) [Entry date 03/10/05] |
| 3/10/05 | -- | Pro hac vice Letter/Correspondence mailed to attorneys Robert K. Dowd and William E. Johnson, III. (jk)<br>[Entry date 03/10/05] |

| Date | # | Description |
|---|---|---|
| 3/10/05 | 5 | Order to Supplement Record signed by Honorable Sam Sparks (jk) [Entry date 03/10/05] |
| 3/10/05 | -- | Court file prepared and forwarded to Judge Sparks. (jk) [Entry date 03/10/05] |
| 3/10/05 | 6 | Supplement to Index of Pleadings filed in State Court filed by Pfizer, Inc., Warner-Lambert Co. Re: [2-1] (dm) [Entry date 03/11/05] |
| 3/11/05 | 7 | Motion by Pfizer, Inc., Warner-Lambert Co. for entry of protective order in accordance with appendix H of the local rules (dm) [Entry date 03/14/05] |
| 3/11/05 | 8 | Appendix for motion for entry of protective order in accordance with appendix H of the local rules [7-1] by Pfizer, Inc., Warner-Lambert Co. (dm) [Entry date 03/14/05] |
| 3/21/05 | 9 | Order setting scheduling recommendations deadline for 5/9/05 signed by Honorable Sam Sparks (mc2) [Entry date 03/21/05] |
| 3/22/05 | -- | Letter/Correspondence regarding: attorney admissions by Robert Dowd (dm) [Entry date 03/23/05] |
| 4/6/05 | 10 | Motion by Irene Barlow to remand (dm) [Entry date 04/07/05] |
| 4/6/05 | 11 | Sealed document, appendix to plaintiff's motion to remand placed under seal (dm) [Entry date 04/07/05] |
| 4/7/05 | 12 | Motion by Pfizer, Inc., Warner-Lambert Co. for entry of agreed protective order (dm) [Entry date 04/07/05] |
| 4/12/05 | 13 | Motion by Pfizer, Inc., Warner-Lambert Co. for James E. Murray to appear pro hac vice (dm) [Entry date 04/13/05] |
| 4/12/05 | 14 | Motion by Pfizer, Inc., Warner-Lambert Co. for James P. Rouhandeh to appear pro hac vice (dm) [Entry date 04/13/05] |
| 4/12/05 | 15 | Motion by Pfizer, Inc., Warner-Lambert Co. for Deborah L. MacGregor to appear pro hac vice (dm) [Entry date 04/13/05] |
| 4/13/05 | 16 | Order granting motion for entry of agreed protective order [12-1] signed by Honorable Sam Sparks (dm) [Entry date 04/13/05] |
| 4/13/05 | 17 | Order granting motion for entry of protective order in accordance with appendix H of the local rules [7-1] signed by Honorable Sam Sparks (dm) [Entry date 04/13/05] |
| 4/13/05 | 18 | Ordered that any documents the parties wish to file under |

```
                     seal must by accompanied by a motion to seal... signed by
                     Honorable Sam Sparks (dm) [Entry date 04/13/05]


 4/14/05    19       Order  granting motion for Deborah L. MacGregor  to appear
                     pro hac vice [15-1]  signed by Honorable Sam Sparks (dm)
                     [Entry date 04/15/05]


 4/14/05    20       Order  granting motion for James P. Rouhandeh  to appear
                     pro hac vice [14-1]  signed by Honorable Sam Sparks (dm)
                     [Entry date 04/15/05]


 4/14/05    21       Order  granting motion for James E. Murray  to appear pro
                     hac vice [13-1]  signed by Honorable Sam Sparks (dm)
                     [Entry date 04/15/05]


 4/14/05    22       Notice of filing of proposed discovery plan by Irene
                     Barlow, Pfizer, Inc., Warner-Lambert Co., Jay Seastrunk,
                     Rehabilitation Staff, Gero-Psychiatric Ser (dm)
                     [Entry date 04/15/05]


 4/18/05    23       Response by Pfizer, Inc., Warner-Lambert Co. motion  to
                     remand [10-1] (dm) [Entry date 04/19/05]


 4/19/05    --       Letter/Correspondence regarding: vacation dates for Jack W.
                     London (dm) [Entry date 04/20/05]


 4/19/05    24       Order, The Court hereby Grants defendants' motion for entry
                     of protective order and Orders that discovery shall proceed
                     in conformity with the form protective order set forth as
                     Appendix H of the Local Rules of this Court.  signed by
                     Honorable Sam Sparks (dm) [Entry date 04/20/05]


 4/19/05    25       Protective Order  signed by Honorable Sam Sparks (dm)
                     [Entry date 04/21/05]


 4/19/05    --       Pro hac vice fee paid byJames P. Rouhandeh with  Amount: $
                     25.00  Receipt # 380213 (dm) [Entry date 04/29/05]


 4/19/05    --       Pro hac vice fee paid byDeborah L. MacGregor with  Amount:
                     $ 25.00  Receipt # 380213 (dm) [Entry date 04/29/05]


 4/19/05    --       Pro hac vice fee paid byJames E. Murray with  Amount: $
                     25.00  Receipt # 380213 (dm) [Entry date 04/29/05]


 5/6/05     26       Supplemental motion  by Irene Barlow  : to remand
                     supplementing motion  to remand [10-1] (dm)
                     [Entry date 05/09/05]


 5/9/05     --       Received proposed scheduling order (dm)
                     [Entry date 05/10/05]


 5/13/05    27       Response by Pfizer, Inc., Warner-Lambert Co. supplemental
```

```
                        motion to remand [26-1] (dm) [Entry date 05/16/05]


5/16/05    --           Received Amended Scheduling Order (dm) [Entry date 05/17/05]


5/17/05    28           Scheduling order  setting Joining of parties, amending of
                        pleadings on 11/18/05 Deadline for filing of all motions
                        11/21/05 Discovery cutoff 11/14/05 ; Docket Call set for
                        11:00 12/16/05 an trial in the month of January 2006 ;
                        Alternate Dispute Resolution Report due by 9/23/05 , termed
                        motions  signed by Honorable Sam Sparks (dm)
                        [Entry date 05/18/05]


6/3/05     --           Received copies of Notice of Opposition to Conditional
                        Transfer Order and Designation of Lead Counsel that were
                        filed before the Judicial Panel on Multidistrict
                        Litigation (dm) [Entry date 06/06/05]
                        [Edit date 06/06/05]


6/27/05    29           Motion by Irene Barlow for sanctions for violation of her
                        personal privacy rights, physician-patient privilege, and
                        Hippa (dm) [Entry date 06/28/05]


6/27/05    30           Appendix for motion for sanctions for violation of her
                        personal privacy rights, physician-patient privilege, and
                        Hippa [29-1] by Irene Barlow (dm) [Entry date 06/28/05]


6/30/05    --           Received copies of Withdrawal of motion to vacate
                        conditional transfer order that were filed before the
                        Judicial panel on multidistrict litigation (dm)
                        [Entry date 07/05/05]


7/5/05     --           Received copy of order lifting stay of conditional transfer
                        order, filed before the judicial panel on multidistrict
                        litigation (dm) [Entry date 07/06/05]


7/8/05     31           Response by Pfizer, Inc., Warner-Lambert Co. motion for
                        sanctions for violation of her personal privacy rights,
                        physician-patient privilege, and Hippa [29-1] (dm)
                        [Entry date 07/11/05]


7/8/05     32           Declaration of Jeffrey R. Lilly by Pfizer, Inc.,
                        Warner-Lambert Co. in support of motion response [31-1] (dm)
                        [Entry date 07/11/05]
```

## END OF DOCKET: 1:05cv175

**PACER Service Center**

**Transaction Receipt**

07/15/2005 09:55:36

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | docket report | Search Criteria: | 1:05cv00175 |
| Billable Pages: | 7 | Cost: | 0.56 |